IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE REED, | No. C-10-0836 TEH (PR) |
| Plaintiff, | |
| v. | ORDER OF TRANSFER |
| K. HARRINGTON, Warden, et. al., | |
| Defendant(s). | |

Plaintiff, a prisoner presently incarcerated at Kern Valley State Prison in Delano, California, and frequent litigant in federal court, has filed a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging that prison officials at that facility violated his constitutional rights. Doc. #1. Plaintiff also seeks leave to proceed in forma pauperis under 28 U.S.C. § 1915. Doc. #2.

A substantial part of the events or omissions giving rise to the claim(s) occurred, and all named Defendants reside, in Kern County, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a) IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk shall transfer this matter and terminate all pending motions as moot.

IT IS SO ORDERED.

DATED   03/02/10

**THELTON E. HENDERSON**
United States District Judge

G:\PRO-SE\TEH\CR.10\Reed-10-836-transfer-caed.wpd

2